## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD RIMI,**<br>**Detainee,**<br>    **Guantanamo Bay Naval Station**<br>    **Guantanamo Bay, Cuba; and**<br>**OMAR DEGHAYES, as the next friend of**<br>**Mohammad Rimi**<br><br>*Petitioners*,<br><br>**v.**<br><br>**GEORGE W. BUSH,**<br>    **President of the United States**<br>    **The White House**<br>    **1600 Pennsylvania Ave., N.W.**<br>    **Washington, D.C. 20500;**<br><br>**DONALD RUMSFELD,**<br>    **Secretary, United States**<br>    **Department of Defense**<br>    **1000 Defense Pentagon**<br>    **Washington, D.C. 20301-1000;**<br><br>**ARMY BRIG. GEN. JAY HOOD,**<br>    **Commander, Joint Task Force - GTMO**<br>    **JTF-GTMO**<br>    **APO AE 09360**<br>    **c/o United States Army**<br>    **Army Pentagon**<br>    **Washington, DC 20310-2000; and**<br><br>**ARMY COL. MIKE BUMGARNER,**<br>    **Commander, Joint Detention**<br>    **Operations Group, JTF - GTMO**<br>    **JTF-GTMO**<br>    **c/o United States Army**<br>    **Army Pentagon**<br>    **Washington, DC 20310-2000**<br>    **APO AE 09360**<br><br><br>*Respondents*. | **NOTICE OF DESIGNATION OF COUNSEL**<br><br>**No.  1:05-CV-02427** |

10080935.1

**NOTICE OF DESIGNATION OF COUNSEL**

1. On August 9, 2006, this Court issued an Order (the "August 9 Order") in which the Court required that "Counsel for any Petitioner who wishes to . . . designate counsel for another Petitioner in one of the [affiliated] cases to represent his/her client's interests [at the hearing ordered for August 16, 2006 (the "August 16 hearing")], shall notify the Court no later than close of business on August 14, 2006, as to how he/she wishes to proceed."

2. Responding to the Court's instruction in the August 9 Order, undersigned counsel hereby designates the following counsel to represent his client's interests at the August 16 hearing:

    1. Shereen Charlick (San Diego FPD) and

    2. Steven Sady  (Oregon FPD).

Dated:    August 14, 2006        Respectfully submitted,

NIXON PEABODY LLP
Counsel for Petitioners

/s/ W. Scott O'Connell
W. Scott O'Connell (NH 13800)
900 Elm Street
Manchester, NH  03105
Tel: 603.628.4000
Fax: 603.628.4040

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

3