IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD RIMI, et al.**<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, et al.**<br><br>Respondents. | **NOTICE OF APPEARANCE BY BRIAN M. CHILDS**<br><br>No. 1:05-CV-02427 |

     PLEASE TAKE NOTICE that the attorney listed below will represent Mohammad Rimi in this matter. Service upon counsel may be made to:

Brian M. Childs<br>
Nixon Peabody LLP<br>
100 Summer Street<br>
Boston, MA 02110<br>
Tel: 617-345-6139<br>
Fax: 866-893-7801<br>
bchilds@nixonpeabody.com

     Counsel to Petitioner certifies, pursuant to Rules 83.2(g), (j) of the Local Rules of Civil Procedure of the United States District Court for the District of Columbia that he is representing Petitioner without compensation and that he is personally familiar with the Local Rules of this Court.

| | |
|---|---|
| Dated: July 9, 2008 | Respectfully submitted,<br><br>NIXON PEABODY LLP<br>Counsel for Petitioners<br><br>/s/ Brian M. Childs<br>Brian M. Childs<br>100 Summer Street<br>Boston, MA 02110<br>Tel: 617-345-6139<br>Fax: 866-893-7801<br>bchilds@nixonpeabody.com<br><br>Of Counsel:<br><br>Barbara J. Olshansky (NY0057)<br>Director Counsel<br>Tina Monshipour Foster (TF5556)<br>Gitanjali S. Gutierrez (GG1234)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6499 |