# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD RIMI, et al.** <br><br> **Petitioners,** <br><br> v. <br><br> **GEORGE W. BUSH, et al.** <br><br> **Respondents.** | EMERGENCY, ASSENTED-TO MOTION TO APPEAR BY TELEPHONE AT JULY 10, 2008 STATUS CONFERENCE <br><br> No. 1:05-CV-02427 |

NOW COMES undersigned counsel requesting permission to participate by telephone at the status conference scheduled for Thursday, July 10, 2008. Counsel for the defendants have been informed of, and assent to, the relief herein requested.

In support of this motion, undersigned counsel submits as follows:

1. A status conference was scheduled in this case on July 2, 2008 for July 10, 2008, at 2:30 p.m. (the "July 10 Status Conference").

2. On July 3, 2008, this Court entered an order stating that counsel to Petitioner Rimi, among others, is not required to appear at the July 10 Status Conference.

3. Undersigned counsel seeks to participate in the July 10 Status Conference.

4. Undersigned counsel's participation by telephone in this conference would be more efficient and cost-effective – and no less effective otherwise – than would his participation in person.

5. By allowing this motion, the Court will save both attorney-time and out-of-pocket travel expenses in undersigned counsel's pro bono defense of Petitioner.

6. Accordingly, undersigned counsel requests that he be allowed to participate in the July 10 Status Conference by telephone from his office in Boston, Massachusetts.

10080935.1

7. Undersigned counsel further requests that, should this motion be allowed, the Court advise Attorney Childs as to whether, when, and at what telephone number he should call the Court, or if the Court will initiate the call. Attorney Childs can be reached by telephone at 617-345-6139.

Dated: July 9, 2008

Respectfully submitted,

NIXON PEABODY LLP
Counsel for Petitioners

/s/ Brian M. Childs
Brian M. Childs
100 Summer Street
Boston, MA 02110
Tel: 617-345-6139
Fax: 866-893-7801

Of Counsel:

Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499