IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD RIMI, et al.** <br><br> **Petitioners,** <br><br> v. <br><br> **GEORGE W. BUSH, et al.** <br><br> **Respondents.** | EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT <br><br> No.  1:05-CV-02427 |

      NOW COME above-captioned petitioners, by and through counsel Nixon Peabody LLP, requesting that the Court extend the time for them to file the status report that is currently due on Monday, July 14, 2008 to Friday, July 18, 2008.

      In support of this motion, petitioners submit as follows:

      1.      A status conference was scheduled in this case on July 2, 2008 (in the "July 2 Order") for July 10, 2008, at 2:30 p.m. (the "July 10 Status Conference").

      2.      On July 3, 2008, this Court issued an order related to the July 2 Order (the "July 3 Order").  The July 3 Order pertained to petitioners who are no longer being held in Guantanamo Bay, Cuba ("Transferred Petitioners").  The July 3 Order states that counsel to Transferred Petitioners need not attend the July 10 Status Conference and that such counsel – as well as counsel to the government – must each file a "concise status report" not to exceed five (5), single-spaced pages.

      3.      Undersigned counsel attended the July 10 Status Conference by telephone, after receiving this Court's leave to attend in this manner.  At the conference, undersigned counsel requested the Court's leave to file a status report of up to ten (10) pages.  The Court granted this relief.

10080935.1

4.	Undersigned counsel also stated at the July 10 Status Conference that among the reasons he sought additional pages for the status report are the complexity of the instant petition as well as undersigned counsel's intention to press the petition.

5.	Accordingly, while it may be true that some – or even many – of the petitions addressed in the July 3 Order will be capable of virtually immediate resolution by agreement of the parties, such resolution is not likely with this petition.

6.	Instead, this petition's factual and legal complexity will be more akin to that in those petitions directly addressed in the Court's July 10 Status Conference.

7.	Most immediately, but not by way of exclusion, issues regarding security clearance and access to confidential material exist in this case as they do in petitions in which petitioners remain detained.

8.	Because of this complexity and time-sensitivity, petitioners respectfully request an extension of time to file their status report to July 18, 2008.

9.	Pursuant to Local Rule 7(m), undersigned counsel contacted the government to discuss the relief requested in this motion.  Undersigned counsel understood the government to represent that it would not take a position on this relief.

WHEREFORE, petitioners request that the Court:

a.	enter an order extending the time for petitioners to file their status report from July 14, 2008 to July 18, 2008; and

b.	grant such other relief that the Court deems just and/or necessary.

Dated:  July 11, 2008                    Respectfully submitted,

                                                              NIXON PEABODY LLP
Counsel for Petitioners

/s/ Brian M. Childs
Brian M. Childs
100 Summer Street
Boston, MA 02110
Tel: 617-345-6139
Fax: 866-893-7801

Of Counsel:

Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499