UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SLITI v. BUSH** | ) | Civil Case No. 05-0429 (RJL) |
| **HAMOODAH v. BUSH** | ) | Civil Case No. 05-0795 (RJL) |
| **KHAN v. BUSH** | ) | Civil Case No. 05-1010 (RJL) |
| **RIMI v. BUSH** | ) | Civil Case No. 05-2427 (RJL) |

## ORDER

The Court having been advised that some, or all, of the detainees in the above-captioned cases are no longer being held in Guantanamo Bay, Cuba, and that some, or all, may wish to adjudicate issues relating to their prior detention, it is hereby

**ORDERED** that counsel for the transferred petitioners and the government shall each file one brief addressing whether the petitions of transferred detainees are moot. The briefs shall be filed on or before August 12, 2008. The government and petitioners shall file any response on or before August 19, 2008. Counsel for petitioners in the above-captioned cases are directed to file one consolidated brief and one consolidated response.

**SO ORDERED.**

July 30, 2008

RICHARD J. LEON
United States District Judge